**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 04-8021**

───────────────

WAYNE LEE JENKINS,

                                        Plaintiff - Appellant,

          versus

MARY MURPHY, Officer of Probation and Parole,
District 1; TIMOTHY HODGES, Counselor, Life
Line Counseling Associates; HELEN F. FAHEY,
Chairman, Virginia Parole Board; DAVID N.
HARKER, Member, Virginia Parole Board; DORIS
L. EWING, Manager, Court & Legal Services Unit
of the Virginia Department of Corrections,

                                        Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-04-1346-1)

───────────────

Submitted:  June 23, 2005          Decided:  June 28, 2005

───────────────

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Wayne Lee Jenkins, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne Lee Jenkins appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jenkins v. Murphy, No. CA-04-1346-1 (E.D. Va. filed Nov. 15, 2004; entered Nov. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED